## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| Woodbridge Group of Companies, LLC | : | Case No.: 17-12560 (BLS) |
| Debtor. | : | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : | **MEDIATION STATUS REPORT** |
| Plaintiff, | : | Adv. Proc. No.: 19-50826 (BLS) |
| v. | : | |
| Kirk W. Chubka, | : | |
| Defendant. | : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    __X__    A mediation session scheduled to occur on June 22, 2021.

    ____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    ____    OTHER:

Dated: February 3, 2021

*/s/ Judith K. Fitzgerald*
Judith K. Fitzgerald (PA I.D. No. 18110)
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
(412) 594-1212

TADMS:5455112-1 035888-190861